IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>JORGE G. FERMENO,<br><br>  Defendant. | 8:03CR526<br><br>**ORDER FOR DISMISSAL** |

This matter is before the Court on the Government's Motion for Dismissal. (Filing No. 53.) The Government seeks to Dismiss the Criminal Indictment, without prejudice, as to Jorge G. Fermeno pursuant to Federal Rule of Criminal Procedure 48(a). The Court has carefully reviewed the record in this case and finds that the motion should be granted.

Accordingly,

**IT IS ORDERED:**

1. The Government's Motion for Dismissal (Filing No. 53) is granted.
2. The Indictment, as to Jorge G. Fermeno, is dismissed without prejudice.

Dated this 10th day of March, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge